Judge: Hon. Thomas W. Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>BEVERLY JANE CARY<br><br>Debtor<br><br>BEVERLY JANE CARY,<br><br>Plaintiff,<br>v.<br><br>PATCH SERVICES, LLC d/b/a NOAH; PATCH HOMES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,<br><br>Defendants. | Dist. Court Case No. _____<br><br>Case No. 20-12450 TWD<br><br>Adversary Case No. 22-01000-TWD<br><br>**STIPULATION OF THE PARTIES IN SUPPORT OF DEFENDANTS' MOTION FOR WITHDRAWAL OF REFERENCE**<br>**[LBR 5011-1]** |

The Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff's Second Amended Complaint primarily involves noncore claims.
2. That resolution of Plaintiff's claims will require consideration of non-bankruptcy federal law which regulate organizations and activities affecting interstate commerce – namely the Truth in Lending Act ("TILA"), 15 U.S.C.

100047/002553/02629290-2
STIPULATION IN SUPPORT OF
DEFENDANTS' MOTION TO
WITHDRAW THE REFERENCE -1

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 9    Filed 04/15/22    Ent. 04/15/22 15:55:48    Pg. 1 of 3

1. §1601 *et seq.*
2. 3. Plaintiff has demanded a jury trial and does not consent to such a trial being conducted by the bankruptcy court.
3. 4. The case is in its infancy and no party will be prejudiced if the District Court withdraws the reference of this matter to the Bankruptcy Court.
4. 5. Judicial economy and efficiency will be served if the reference is withdrawn and this matter transferred to District Court.

Wherefore, the Parties agree the reference to the Bankruptcy Court should be withdrawn and the matter transferred to the United States District Court for the Western District of Washington forthwith for further proceedings.

Wherefore, the Parties further agree that Defendants' deadline to respond to Plaintiff's adversary complaint is extended by two weeks.

IT IS SO STIPULATED:

DATED: April 15, 2022

**LAGERLOF LLP**

*/s/ Robert A. Bailey*
Robert A. Bailey, WSBA No. 28472
701 Pike Street, Ste 1560
Seattle, WA 98101
Phone: 206-492-2300
Email: rbailey@lagerlof.com
*Attorneys for First American Title Insurance Company*

**LAW OFFICE OF FAYE RASCH**

*/s/ Faye Rasch* [via written permission]
Faye Rasch,
600 Stewart Street, Suite 1300
Seattle, WA 98101

100047/002553/02629290-2
STIPULATION IN SUPPORT OF
DEFENDANTS' MOTION TO
WITHDRAW THE REFERENCE -2

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD   Doc 9   Filed 04/15/22   Ent. 04/15/22 15:55:48   Pg. 2 of 3

Phone: (646) 279-9627
Email: fayer@rasch.law
*Attorneys for Patch Services, LLC*


**LAW OFFICES OF MELISSA A. HUELSMAN, P.S.**

*/s/ Melissa A. Huelsman* [via written permission]
Melissa A. Huelsman, WSBA No. 30935
705 2nd Ave, Ste 606
Seattle, WA 98104
Phone: 206-475-4504
Email: mhuelsman@predatorylendinglaw.com
*Attorney for Plaintiff*


**HENRY & DEGRAAF, PS**

*/s/ Christina L. Henry* [via written permission]
Christina L. Henry, WSBA No. 31273
119 1st Ave, Ste 500
Seattle, WA 98104
Email: chenry@hdm-legal.com
*Attorneys for Plaintiff*


**LAW OFFICE OF MARK McCLURE, PS**

*/s/ Mark McClure* [via written permission]
Mark McClure, WSBA No. 24939
1103 W Meeker St., Suite 101
Seattle, WA 98032
Email: mark@mcclurelawgroup.com
*Attorney for Plaintiff*

100047/002553/02629290-2
STIPULATION IN SUPPORT OF
DEFENDANTS' MOTION TO
WITHDRAW THE REFERENCE -3

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 9    Filed 04/15/22    Ent. 04/15/22 15:55:48    Pg. 3 of 3