|  |  |
|---|---|
|  | Judge: Hon. Thomas W. Dore<br>Chapter 13<br>Location: Seattle<br>Hearing Date: June 1, 2022<br>Hearing Time: 9:30a.m.<br>Response Date: May 25, 2022 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>BEVERLY JANE CARY<br><br>  Debtor | Chapter 13<br><br>Bankruptcy Case No. 20-12450 TWD<br><br>Adversary Case No. 22-01000-TWD |
| BEVERLY JANE CARY,<br><br>  Plaintiff,<br>  v.<br><br>PATCH SERVICES, LLC d/b/a NOAH; PATCH HOMES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,<br><br>  Defendants. | NOTICE OF MOTION AND HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRBP 7041 |

PLEASE TAKE NOTICE that Defendant First American Title Insurance Company Lenders Advantage ("FATIC")'s motion to dismiss pursuant to FRBP 7041

IS SET FOR HEARING AS FOLLOWS:

JUDGE: Thomas W. Dore          TIME: 9:30a.m.

PLACE: Seattle                  DATE: Wednesday, June 1, 2022

100047/002553/02634476-1
NOTICE OF MOTION AND HEARING -1

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and all parties NOT LATER THAN THE RESPONSE DATE, which is June 1, 2022. If you file a response, you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

DATED this 2nd day of May 2022.

**LAGERLOF LLP**

*s/ Robert A. Bailey*
Robert A. Bailey, WSBA No. 28472
701 Pike Street, Ste 1560
Seattle, WA 98101
Phone: 206-492-2300
Email: rbailey@lagerlof.com
*Attorneys for First American Title Insurance Company*

100047/002553/02634476-1
NOTICE OF MOTION AND HEARING -2

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 15-1    Filed 05/02/22    Ent. 05/02/22 17:32:26    Pg. 2 of 3

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 2nd day of May 2022, I electronically field the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will provide notice to the following parties:

| | |
|---|---|
| Melissa A. Huelsman, WSBA No. 30935<br>Law Offices of Melissa A. Huelsman, P.S.<br>705 2nd Ave, Suite 606<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email:<br>mhuelsman@predatorylendinglaw.com<br>[X] By CM/ECF E-Service |
| Mark McClure, WSBA No. 24393<br>Law Offices of Mark McClure, PS<br>1103 W. Meeker St., Suite 101<br>Kent, WA 98032<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: mark@mcclurelawgroup.com<br>[X] By CM/ECF E-Service |
| Christina L. Henry, WSBA No. 31273<br>Henry & Degraaff, PS<br>119 1st Ave S., Suite 500<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: chenry@hdm-legal.com<br>[X] By CM/ECF E-Service |
| Faye Rasch, WSBA No. 50491<br>Law Office of Faye C. Rasch<br>600 Stewart St., Suite 1300<br>Seattle, WA 98101<br>*Attorney for Defendant Patch Services LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: fraschlaw@gmail.com<br>[X] By CM/ECF E-Service |

DATED this 2nd day of May 2022 at Seattle, Washington.

*s/ Karrie L. Blevins*
Karrie L. Blevins, Paralegal
Lagerlof LLP

100047/002553/02634476-1
NOTICE OF MOTION AND HEARING -3

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101