Honorable Thomas W. Dore
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re:<br><br>BEVERLY JANE CARY,<br><br>Debtor | Chapter 13<br><br>Case No. 20-12450 TWD<br><br>Adversary. No.: 22-01000-TWD |
| BEVERLY JANE CARY,<br><br>Plaintiff,<br>v.<br><br>PATCH SERVICES, LLC d/b/a NOAH; PATCH HOMES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER came before the undersigned on motion by First American Title Insurance Company Lenders Advantage ("FATIC") to dismiss claims. The Court having

100047/002553/02634437-1
ORDER-1

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

reviewed the motion and any materials presented in response thereto, and being otherwise fully advised in the premises; and good cause having been shown for granting the motion,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff Beverly Jane Cary's claims against First American in the above-entitled adversary proceeding are dismissed with prejudice and without attorneys' fees or costs to any party.

/// End of Order ///

Presented by:

LAGERLOF LLP

By: *s/ Robert A. Bailey*
Robert A. Bailey, WSBA No. 28472
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300

100047/002553/02634437-1
ORDER-2

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 15-2    Filed 05/02/22    Ent. 05/02/22 17:32:26    Pg. 2 of 2