|   |   |
|---|---|
| | Judge: Hon. Thomas W. Dore |
| | Chapter 13 |
| | Location: Seattle |
| | Hearing Date: June 1, 2022 |
| | Hearing Time: 9:30a.m. |
| | Response Date: May 25, 2022 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>BEVERLY JANE CARY<br><br>Debtor | Chapter 13<br><br>Bankruptcy Case No. 20-12450 TWD<br><br>Adversary Case No. 22-01000-TWD |
| BEVERLY JANE CARY,<br><br>Plaintiff,<br>v.<br><br>PATCH SERVICES, LLC d/b/a NOAH; PATCH HOMES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,<br><br>Defendants. | DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRBP 7041 |

## I.     RELIEF REQUESTED

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Defendant First American Title Insurance Company Lenders Advantage ("FATIC") requests judicial notice of the following documents submitted in support of FATIC's motion to dismiss Plaintiff's Second Amended Complaint ("Complaint"):

100047/002553/02633538-1
REQUEST FOR JUDICIAL NOTICE -1

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 16    Filed 05/02/22    Ent. 05/02/22 17:37:40    Pg. 1 of 4

1. Patch Services, LLC's exhibits in support of its Creditor's Claim filed in Plaintiff's Chapter 13 Bankruptcy in the United States Bankruptcy Court for the Western District of Washington at Seattle under Case No. 20-12450-TWD; a true and correct copy is attached as **Exhibit 1**.

## II. AUTHORITY AND ANALYSIS

Grounds for judicial notice of Exhibit 1 are that it is a true and correct copy of exhibits to Patch Services, LLC ("Patch")'s Creditor's Claim filed in Plaintiff's Chapter 13 Bankruptcy Case under case no. 20-12450-TWD. This exhibit is part of the Court's record in the non-adversarial matter entitled *In re Beverly Jane Cary*, Western District of Washington Bankruptcy Court, Case No. 20-12450-TWD. See Dkt. 11 at 11-1. Furthermore ("Here, the trustee argues that the debtor's failure to disclose certain information in his statement of affairs and schedules constitutes a false oath under § 727(a)(4)(A) and the trustee asks the court to take judicial notice of the debtor's bankruptcy petition, schedules, statement of financial affairs, and related documents. 'Under Fed. R. Evid. 201(b)(2), which is applicable in bankruptcy cases, *see* Bankruptcy Rule 9017, a court may take judicial notice of facts that are not subject to reasonable dispute in that they are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.' Accordingly, this court will take judicial notice of the contents of debtor's petition, schedules, statement of affairs, and related documents." *Clark v. Reed (In re Reed)*, 293 B.R. 65, 69 (Bankr. D. Kan. 2003)).

These documents are subject to judicial notice because the accuracy of the source from which these facts are derived cannot reasonably be questioned. Fed. R. Evid. 201(b)(2).

Accordingly, the Court is entitled to take judicial notice of the attached documents.

100047/002553/02633538-1
REQUEST FOR JUDICIAL NOTICE -2

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 16    Filed 05/02/22    Ent. 05/02/22 17:37:40    Pg. 2 of 4

1     DATED this 2nd day of May 2022.

2

3                                 **LAGERLOF LLP**

4

*s/ Robert A. Bailey*

5                              Robert A. Bailey, WSBA No. 28472
701 Pike Street, Ste 1560

6                              Seattle, WA 98101
Phone: 206-492-2300

7                              Email: rbailey@lagerlof.com
*Attorneys for First American Title*

8                              *Insurance Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

100047/002553/02633538-1
REQUEST FOR JUDICIAL NOTICE -3                          LAGERLOF LLP
                                                             701 PIKE STREET, SUITE 1560
Case No. 22-01000-TWD                                        SEATTLE, WA 98101

Case 22-01000-TWD    Doc 16    Filed 05/02/22    Ent. 05/02/22 17:37:40    Pg. 3 of 4

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 2nd day of May 2022, I electronically field the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will provide notice to the following parties:

| | |
|---|---|
| Melissa A. Huelsman, WSBA No. 30935<br>Law Offices of Melissa A. Huelsman, P.S.<br>705 2nd Ave, Suite 606<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email:<br>mhuelsman@predatorylendinglaw.com<br>[X] By CM/ECF E-Service |
| Mark McClure, WSBA No. 24393<br>Law Offices of Mark McClure, PS<br>1103 W. Meeker St., Suite 101<br>Kent, WA 98032<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: mark@mcclurelawgroup.com<br>[X] By CM/ECF E-Service |
| Christina L. Henry, WSBA No. 31273<br>Henry & Degraaff, PS<br>119 1st Ave S., Suite 500<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: chenry@hdm-legal.com<br>[X] By CM/ECF E-Service |
| Faye Rasch, WSBA No. 50491<br>Law Office of Faye C. Rasch<br>600 Stewart St., Suite 1300<br>Seattle, WA 98101<br>*Attorney for Defendant Patch Services LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: fraschlaw@gmail.com<br>[X] By CM/ECF E-Service |

DATED this 2nd day of May 2022 at Seattle, Washington.

*s/ Karrie L. Blevins*
Karrie L. Blevins, Paralegal
Lagerlof LLP

100047/002553/02633538-1
REQUEST FOR JUDICIAL NOTICE -4

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 16    Filed 05/02/22    Ent. 05/02/22 17:37:40    Pg. 4 of 4