Honorable Thomas W. Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

BEVERLY JANE CARY,

      Debtor

BEVERLY JANE CARY,

      Plaintiff,

v.

PATCH SERVICES, LLC d/b/a NOAH; PATCH HOMES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,

      Defendants.

Bankruptcy Case No. 20-12450 TWD

Adversary. No.: 22-01000-TWD

**ORDER GRANTING MOTION TO STRIKE**

THIS MATTER came before the undersigned on motion by First American Title Insurance Company Lenders Advantage ("FATIC") to strike Plaintiff's Second Amended Complaint. The Court having reviewed the motion and any materials presented in response

100047/002553/02634484-1
ORDER-1

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 17-2    Filed 05/02/22    Ent. 05/02/22 17:41:42    Pg. 1 of 2

thereto, and being otherwise fully advised in the premises; and good cause having been shown for granting the motion,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant FATIC's Motion to Strike is GRANTED. Plaintiff Beverly Jane Cary's Second Amended Complaint is hereby stricken from the judicial record; and the summons is quashed or vacated.

/// End of Order ///

Presented by:

LAGERLOF LLP

By: *s/ Robert A. Bailey*
Robert A. Bailey, WSBA No. 28472
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300

100047/002553/02634484-1
ORDER-2

Case No. 22-01000-TWD

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101

Case 22-01000-TWD    Doc 17-2    Filed 05/02/22    Ent. 05/02/22 17:41:42    Pg. 2 of 2